DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MYRNABELLE ROCHE** a/k/a **MYRNABEL ROCHE,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION** as Trustee for
J.P. Morgan Mortgage Trust 2007-S1 and **FRANK VINCENT REILLY, JR.,**
Appellees.

No. 4D18-2264

[January 10, 2019]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 13-011685.

Myrnabelle Roche and Luciana Ugarte of MRN Law, Pompano Beach, for appellant.

Allison Morat of Pearson Bitman LLP, Maitland, for appellee U.S. Bank National Association.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***